## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Structural Preservation Systems, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dakota Gasification Company, | ) | Case No. 1:24-cv-075 |
| | ) | |
| Defendant. | ) | |

Pursuant to its previous discussions with the parties, the court shall reschedule the final pretrial conference and jury trial as follows.  The final pretrial conference on April 7, 2026, shall be rescheduled for April 27, 2027, at 9:00 AM by telephone before magistrate judge.  To appear/participate, the parties should (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."  The jury trial on April 20, 2026, shall be rescheduled for May 10, 2027, at 9:30 AM in Bismarck (courtroom 1) before Judge Traynor.  A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 24th day of September, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court